Nathan Whittaker (11978)
*nathan@righilaw.com*
RIGHI FITCH LAW GROUP
2150 S. 1300 E., Ste. 500
Salt Lake City, UT  84106
Telephone: 602-385-6776
Fax: 602-385-6777
*Attorney for Catalyst Campus for Technology and Innovation*

### UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| KRISTIN DOWD,<br><br>    Plaintiff,<br><br>v.<br><br>CATALYST CAMPUS FOR TECHNOLOGY AND INNOVATION,<br><br>    Defendant. | **NOTICE OF REMOVAL**<br><br>Case No.: 1:23-CV-00033<br>Judge: |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant hereby gives notice of removal to the United States District Court for the District of Utah, Northern Division, of the following case pending in the Second Judicial District Court for Weber County, State of Utah:

*Kristin Dowd v. Catalyst Campus for Technology and Innovation*,
Civil no. 230900697, pending before Judge Jennifer Valencia

Copies of all process and pleadings in the state-court action (including a docket sheet) are attached hereto as Exhibit 1. Defendant was served with a copy of ***Plaintiff's Amended Complaint and Jury Demand*** (which first alleged the federal causes of action) on March 7, 2023. As 30 days has not expired since

Defendant was served with the Amended Complaint, removal of this action is timely under 28 U.S.C. §1446(b)(3).

## STATEMENT OF GROUNDS FOR REMOVAL
## (FEDERAL QUESTION JURISDICTION)

1. Plaintiff's Amended Complaint alleges causes of action against Defendant for

    a. Wrongful Termination in Violation of Public Policy under Utah law (¶¶ 59-70);

    b. Retaliation in Violation of the Defense Contractor Whistleblower Protection Act, 10 U.S.C. § 4701[1] (¶¶ 71-86);

    c. Retaliation in Violation of the National Defense Authorization Act, 10 U.S.C. § 4712 (¶¶ 87-101); and

    d. Retaliation in Violation of the Federal False Claims Act, 31 U.S.C. § 3730 (¶¶ 102-109).

2. As the causes of action listed *supra* in Paragraphs 1.b-1.d are claims "arising under the Constitution, laws, or treaties of the United States," the entire action may be removed to federal court, including the state-law claim listed *supra* in Paragraph 1.a under 28 U.S.C. § 1441(c).

3. Under 28 U.S.C. § 1441(a), "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be

---

1. Plaintiff cites the statute as 10 U.S.C. § 2409.

removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where the action is pending."

4.    The case is pending in the Second Judicial District Court of the State of Utah. The United States District Court for the District of Utah, Northern Division, embraces the Second Judicial District

5.    Accordingly, Plaintiffs' action should be removed to the United States District Court for the District of Utah on the basis of federal question jurisdiction.

6.    Notice of the filing of this Notice to Remove has been filed in the Second District Court of the State of Utah. A copy of this notice is attached as Exhibit 2.

DATED this 28th day of March, 2023.

> */s/ Nathan Whittaker*
> Nathan Whittaker
> RIGHI FITCH LAW GROUP
> Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Removal to be delivered via email and ECF to the following recipients:

John P. Mertens
Erika M. Larsen
PIA HOYT, LLC
*Attorneys for Plaintiff*

DATED this 28th day of March, 2023.

*/s/ Nathan Whittaker*
Nathan Whittaker