IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KRISTIN DOWD**, <br><br> Plaintiff, <br> v. <br><br> **CATALYST CAMPUS FOR TECHNOLOGY AND INNOVATION**, <br><br> Defendant. | **JUDGMENT** <br><br> Case No. 1:23-CV-33-JNP-DAO <br><br> District Judge Jill N. Parrish <br> Magistrate Judge Daphne A. Owens |

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's complaint is dismissed without prejudice, having failed to state a claim upon which relief may be granted.

Signed December 18, 2023

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge